AO 442 (Rev. 12/85) Warrant for Arrest  AUSA  PAUL F. SCHWARTZ,   FBI S/A JOE CICINI

# United States District Court

__SOUTHERN__ DISTRICT OF ____FLORIDA____

UNITED STATES OF AMERICA

V.

MARTIN ZARCADOOLAS
aka "Marty," "Marty Z"

TO:    The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6154

CR-JORDAN
MAGISTRATE JUDGE
BANDSTRA

YOU ARE HEREBY COMMANDED to arrest_____ MARTIN ZARCADOOLAS

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit, Money laundering conspiracy

in violation of Title 18  United States Code, Section(s) 1962(d), 1955, 892, 894, 1956(h)

| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | 6/6/00 - Fort Lauderdale, Florida |
| | Date and Location |
| BSS | BARRY S. SELTZER   by  UNITED STATES MAGISTRATE JUDGE |
| Bail fixed at $100,000 Corporate Surety Bond with Nebbia | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |