UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6154-CR-Jordan
             Plaintiff )
                           ) REPORT COMMENCING CRIMINAL
    -vs-                    ) ACTION
Zarcadolas, Martin )
                           ) 55359-004
          Defendant

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

[FILED JUN 21 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6-21-00  6:50  (am)/pm

(2) Languge Spoken: ENGLISH

(3) Offense(s) Charged: RICO CONSPIRACY, ILLEGAL GAMBLING, CONSPIRACY TO COLLECT EXTORTIONATE LOANS, CONSPIRACY TO MAKE EXTORTIONATE LOANS

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 5-15-66

(6) Type of Charging Document: (check one)
[X] Indictment   [ ] Complaint   To be filed/Already filed
Case#: _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: Southern District of Florida

COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 6-21-00    (9) Arresting Officer: SA D. Louis Mitchell

(10) Agency: FBI    (11) Phone: 305-787-6570

(12) Comments: _____
Rec'd in MIA Dkt 6/26

29/sp