COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

FILED by _____ D.C.
JUN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT: MARTIN ZARCADOOLAS (J)     CASE NO: 00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ     ATTY: Ray Miller (Temp)
AGENT: FBI     VIOL: 18:1956(h)
PROCEEDING I/A ON SEALED INDICT.  RECOMMENDED BOND 100,000 CSB w/NEBBIA
BOND HEARING HELD - yes/no     COUNSEL APPOINTED
BOND SET @ 100,000 CSB w/ Nebbia
SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS as directed x's a wk/month by phone;  x's a wk/month in person
3) Travel extended to:
4) surrender passport @ Nebbia hrg.

advised of charges - temp cnsl present

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 6-28  11  LSS
                        PTD/BOND HRG:
                        PRELIM/(ARRAIGN:) 6-28  11  LSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 6/21/00   Time 11:00   FTL/LSS TAPE #00- 030   Begin: 2663   End: 3137

Rec'd in MIA Dkt 6/26

34/sg