UNITED STATES OF AMERICA,   :   UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF FLORIDA
v.

MARTIN ZARCADOOLAS            CASE NO. 00-6154-CR-JORDAN

[FILED by __ D.C. JUN 2_ 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW  MARTIN ZARCADOOLAS  and files this temporary appearance as counsel for the above named defendant(s) at initial appearance.  This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.


Counsel's Name  (Printed)  RAYMOND C. MILLER

Counsel's Signature  Ray C Miller

Address  400 S.E. 6 ST.
         FORT LAUDERDALE, FL          Zip Code: 33301

Telephone  (954) 462-3668

50/3