UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO.: 00-6154CR-~~JORDAN~~ WPD

        Plaintiff,

vs.

MARTIN ZARCADOOLAS,

        Defendant.
_____/

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

The Clerk of Court (Criminal Division) will please enter the appearance of the undersigned attorney as counsel for Defendant, MARTIN ZARCADOOLAS, in the above-styled action. Defendant respectfully requests, pursuant to Rule 49, Fed.R.Crim. P., and as directed by said Rule, that any and all motions, petitions, applications, requests, demands, memoranda, briefs, notices, discovery, orders, opinions, and all such similar paper of any nature of description, made or filed by anyone pertaining to any party herein or pertaining in any way to the case be served upon undersigned attorney at the address set forth below. The undersigned files this appearance as counsel on behalf of Defendant, MARTIN ZARCADOOLAS, for purposes of trial only and not for purposes of appeal.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the foregoing has been furnished via Hand-Delivery to Paul F. Schwartz, Assistant United States

Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33394, on June 28, 2000.

                                  Respectfully Submitted,

                                  RAYMOND C. MILLER, P.A.
                                  400 Southeast Sixth Street
                                  Fort Lauderdale, FL 33301
                                  BROWARD: (954) 462-3668
                                  FAX:     (954) 462-8594

                                  _____
                                  Raymond C. Miller, Esq.
                                  Attorney for Defendant
                                  Florida Bar #651176

RCM:vp