## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: MARTIN ZARCADOOLAS (B)   CASE NO: 00-6154-CR-~~JORDAN~~ WPD

AUSA: PAUL SCHWARTZ   ATTY: RAY MILLER, ESQ. - pres person

AGENT: ___   VIOL: ___

PROCEEDING: INQUIRY RE COUNSEL/ARRAIGNMENT   RECOMMENDED BOND: ___

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: ___

BOND SET @: ___   To be cosigned by: ___

[FILED by ___ D.C. JUN 2 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.

  **Reading of Indictment Waived**
  Not Guilty plea entered
  Jury trial demanded
  Standing Discovery Order requested

- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 6/28/00   TIME: 11:00   FTL/LSS TAPE # 00 - 036   Begin: 8:17   End: 11:17