UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-~~JORDAN~~

UNITED STATES OF AMERICA

vs

MARTIN ZARCADOOLAS

**ARRAIGNMENT INFORMATION SHEET**

FILED by
JUN 2 8 2000
CLARENCE
CLERK U.S. MADDOX
S.D. OF FLA. DIST. CT.
FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:            Address:   ON BOND FORM

                      Telephone:

DEFENSE COUNSEL:      Name:      RAY MILLER, ESQ.

                      Address:

                      Telephone:

BOND SET/CONTINUED:   $      CON'T AS SET

Bond hearing held:  yes_____  no____  Bond hearing set for_____

Dated this  28TH   day of   JUNE           ,2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By:
                                        Deputy Clerk

                                    Tape No.   00-036

cc: Copy for Judge
    U. S. Attorney

