AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ   FBI S/A JOE CICINI   481 490

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

00 JUL 10 PM 2:35

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA

V.

MARTIN ZARCADOOLAS
aka "Marty," "Marty Z"

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154 CR-JORDAN
MAGISTRATE JUDGE BANDSTRA

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MARTIN ZARCADOOLAS _____
                                                 Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit, Money laundering conspiracy

in violation of Title 18 United States Code, Section(s) 1962(d), 1955, 892, 894, 1956(h)

CLARENCE MADDOX                          COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                  Title of Issuing Officer

[signature]                              6/6/00 - Fort Lauderdale, Florida
Signature of Issuing Officer             Date and Location

                                         BARRY S. SELTZER  [signature]
Bail fixed at $100,000 Corporate Surety Bond with Nebbia   by UNITED STATES MAGISTRATE JUDGE
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/6/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 6/21/00 | FOR: FBI | Fred Depompa, SDUSM |