FILED by _____ D.C.
APPEAL

JUL 1 · 20

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | . CASE NO. 00-6154-CR-JORDAN |
| | . |
| PLAINTIFF, | . MIAMI, FLORIDA |
| | . JUNE 27, 2000 |
| V. | . 2:00 P.M. |
| | . |
| REYNOLDS MARAGNI, ET AL., | . |
| | . |
| DEFENDANTS. | . |

. . . . . . . . . . . . . . . . .

TRANSCRIPT OF ARRAIGNMENT OF PERCY MORRIS AND PRETRIAL

DETENTION HEARING FOR JOSEPH ROTUNNO

HAD BEFORE THE HONORABLE STEPHEN T. BROWN,

UNITED STATES MAGISTRATE JUDGE.

- - - - -

PAGES 1 THROUGH 62

- - - - -

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT
PRODUCED BY COMPUTER.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305) 523-5568

```
APPEARANCES:

FOR THE GOVERNMENT:  PAUL F. SCHWARTZ
                     JULIA STILLER
                     ASSISTANT U.S. ATTORNEYS
                     99 N.E. 4TH STREET
                     MIAMI, FLORIDA  33132

FOR THE DEFENDANT    H. DOHN WILLIAMS, JR., ESQ.
ROTUNNO              721 N.E. 3RD AVENUE
                     P.O. BOX 1722
                     FT. LAUDERDALE, FLORIDA  33302

FOR THE DEFENDANT    WILLIAM M. MORRIS, ESQ.
MORRIS:              3225 AVIATION AVENUE, SUITE 300
                     COCONUT GROVE, FLORIDA  33133

FOR THE DEFENDANT    ALAN KAUFMAN, ESQ. (PHONETIC)
MARAGNI:

COURT REPORTER:      FRANCINE C. SALOPEK, R.M.R.
                     OFFICIAL COURT REPORTER
                     UNITED STATES DISTRICT COURT
                     301 NORTH MIAMI AVENUE, ROOM 804
                     MIAMI, FLORIDA  33128-7709
                     (305)523-5568

                         -   -   -   -   -
```

```
PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT
PRODUCED BY COMPUTER.
```

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE