UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO.: 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS, et al.,

    Defendant.
_____/

### UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW, the Defendant, MARTIN ZARCADOOLAS, by and through his undersigned counsel hereby respectfully moves this Honorable Court to continue the trial date presently scheduled in the above-styled cause for the two-week calendar of August 7, 2000, at 9:00 A.M., and as grounds therefore would state as follows:

1. That the Defendant, MARTIN ZARCADOOLAS, appeared before this Honorable Court for Arraignment on June 28, 2000.

2. That the Government's discovery response, includes approximately 133 cassette tape recordings which contain approximately 1,000 conversations emanating from a court-authorized wire interception, and approximately 41 cassette tape records correspondent to consensually recorded conversations.

3. That due to the voluminous discovery materials listed above, as well as the complexity of this case, undersigned counsel will need additional time in which to review the Government's discovery submission prior to Trial herein.

4. That the Defendant does hereby waive any right to a speedy trial pursuant to 18 U.S.C.§3161 et seq.



## CERTIFICATION UNDER LOCAL RULE 88.9

5. Pursuant to Local Rule 88.9, undersigned counsel has conferred with Assistant United States Attorney Paul Schwartz who states that he has no objection to continuing the trial in this cause.

WHEREFORE, the Defendant, MARTIN ZARCADOOLAS, moves for a continuance of this trial for a reasonable time in order to allow counsel to obtain full discovery and to adequately prepare a defense to the charges herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this 21st day of July, 2000, to all counsel listed on the attached Certificate of Service List.

Respectfully Submitted,

RAYMOND C. MILLER, P.A.
400 Southeast Sixth Street
Fort Lauderdale, Florida 33301
BROWARD: (954) 462-3668
FAX:     (954) 462-8594

_____
Raymond C. Miller, Esq.
Attorney for Defendant
Florida Bar #651176

## CERTIFICATE OF SERVICE LIST

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(Counsel for Reynolds Maragni)

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esq.
1717 North Bayshore Drive, Suite 102
Miami, FL 33132
(Counsel for Bert Caskill)

Jim Stark, Esq.
524 South Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Ira Loewy, Esq.
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Philip R. Horowitz, Esq.
Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
(Counsel for James Travers)

John Cotrone, Esq.
509 S.E. 9th Street
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)