**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:   00-6154-CR-DIMITROULEAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | : |
| **MARTIN ZARCADOOLAS,** | : |
| **Defendant.** | : |

### NOTICE OF APPEARANCE AS CO-COUNSEL OF RECORD

**TO THE CLERK OF THE COURT:**

DAVID G. VINIKOOR, P.A., 420 S.E. 12th Street, Fort Lauderdale, Florida 33316, enters its appearance as Co-Counsel for the Defendant in this case, MARTIN ZARCADOOLAS, and requests that all notices concerning this case be forwarded to both Raymond C. Miller, Esquire and to undersigned counsel.

> DAVID G. VINIKOOR
> Co-Counsel for the Defendant
> 420 S.E. 12th Street
> Fort Lauderdale, FL  33316
> Telephone:  (954) 522-2500
> Facsimile:  (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand/mail delivery this _21st_ day of July, 2000, to the following:

Paul F. Schwartz
Assistant U.S. Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esq.
1717 N. Bayshore Dr., Suite 102
Miami, FL 33132
(Counsel for Berk Caskill)

Jim Stark, Esq.
524 S. Andrews Avenue, Ste. 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Ira Loewy, Esq.
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esq.
701 Brickell Ave., Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

John Cotrone, Esq.
509 S.E. 9th Street
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

Michael Dutko, Esq.
600 S. Andrews Avenue, Ste. 500
Fort Lauderdale, FL 33301
(Counsel for Kaiser Akel)

Thomas D. Sclafani, Esq.
200 E. Broward Blvd., Ste. 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esq.
200 S.E. 6th Street, Ste. 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)

Michael Hursey, Esq.
One River Plaza
305 S. Andrews Avenue, Ste. 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

Martin Bidwell, Esq.
Federal Public Defender's Office
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Attorney for Emro Capri)

Larry Bronson, Esq.
80 Pine Street, 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

Philip R. Horowitz, Esq.
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for James Travers)

Raymond C. Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

Allen Kaufman, Esq.
2900 N. Dixie Highway, Ste. 201
Oakland Park, FL 33334
(Counsel for Reynolds Maragni)

By: _____
DAVID G. VINIKOOR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 99-7432-CIV-ZLOCH/Seltzer**

Donald Citron,                  :

    Plaintiff,              :

vs.                             :

Amalgated Service and Allied    :
Industries Insurance Fund, Union of
Needletraders, Industrial Textile :
Employees (UNITE), AFL-CIO, CLC
and Tartan Textile Services, Inc., :

    Defendants.             :

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel for TTSI in the above entitled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed JULY 21, 2000, to Lawrence D. Bache, Esquire, Attorney for Plaintiff, Law Office of Lawrence D. Bache, 9000 Sheridan Street, Suite 174, Pembroke Pines, FL, 33024-8801 and to Caryn Angelson, Esquire, Attorney for Amalgated, Schulte, Roth & Zabel LLP, 900 Third Avenue, New York, NY, 10022and to Kathleen Phillips, Esquire, Attorney for UNITE, Phillips, Richard, Rind & Navarrate, P.A., 6950 North Kendall Drive, Miami, FL, 33156, Craig Freger, Esquire, Attorey for Tartan Textile Services, Inc., Ford & Harrison, LLP, 516 Ingraham Building, 25 S.E. 2nd Ave., Miami, FL 33131.

                        LAW OFFICES OF J. ROBERT MIERTSCHIN, JR.
                        Attorney for Tartan Textile Services, Inc.
                        4000 Hollywood Boulevard
                        Presidential Circle, Suite 665 S
                        Hollywood, FL  33021
                        (954) 986-2140

                        BY: _____
                        Deborah A. DeNike

DAD:jo                    Florida Bar No. 948969
18994872 RD/Shubert
100130052
nappear