UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO.: 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS, et al.,

    Defendant.
_____/

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

    COMES NOW, the Defendant, MARTIN ZARCADOOLAS, by and through his undersigned counsel and hereby files this his Unopposed Motion for Extension of Time in which to file Pre-Trial Motions and as grounds therefore would state the following:

    1. That the Defendant, Martin Zarcadoolas, was arraigned on June 28, 2000 and this case is presently set for Trial on August 7, 2000 with a Calendar Call setting for August 4, 2000.

    2. On July 21, 2000, the Defendant filed an unopposed motion to continue the trial date in this cause.

    3. That pursuant to this Court's Standing Discovery Order dated June 28, 2000, the Defendant was ordered to file all motions concerning matters not covered by the Standing Discovery Order pursuant to Local Rule 88.9 within 28 days of June 28, 2000.

    4. That undersigned counsel has received the Government's Response to the Standing Discovery Order which indicated that the Government was in possession of approximately 133 cassette tape



recordings containing approximately 1,000 conversations regarding court authorized wire interceptions. Further, the Government was in possession of approximately 41 cassette tape recordings corresponding to consensually recorded conversations.

5. Additionally, the Government obtained substantial evidence by executing several search warrants during their investigation.

6. Undersigned counsel is presently in possession of all of what has been represented by the Government as complete package of tapes and transcripts, however, undersigned counsel has not, to date, verified same as being accurate.

7. Undersigned counsel believes that listening to all tapes with comparisons to transcripts and the preparation of transcripts will formulate the basis for meritorious motions to suppress.

8. Additionally, the voluminous amount of discovery gives cause for undersigned counsel's good faith belief that other pre-trial motions will be filed.

9. The volume of discovery material makes it impossible to foresee all motions and grounds and factual information necessary for filing.

10. Any new information which may be received may require that additional motions be filed.

<u>CERTIFICATION UNDER LOCAL RULE 88.9</u>

11. Pursuant to Local Rule 88.9, undersigned counsel has conferred with Assistant United States Attorney Paul Schwartz who states that he has no objection to extending the time period for undersigned counsel to file pre-trial motions in this cause for a

period of 90 days.

WHEREFORE, the Defendant, MARTIN ZARCADOOLAS, would respectfully request this Honorable Court enter an Order extending the time period in which to file pre-trial motions for a period of 90 days and allow him to file additional motions as new information is relayed to defense counsel pursuant to the Government's continuing discovery obligation.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this $25^{st}$ day of July, 2000, to all counsel listed on the attached Certificate of Service List.

Respectfully Submitted,

RAYMOND C. MILLER, P.A.
400 Southeast Sixth Street
Fort Lauderdale, Florida 33301
BROWARD: (954) 462-3668
FAX:     (954) 462-8594

Raymond C. Miller, Esq.
Attorney for Defendant
Florida Bar #651176

-3-

CERTIFICATE OF SERVICE LIST

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(Counsel for Reynolds Maragni)

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esq.
1717 North Bayshore Drive, Suite 102
Miami, FL 33132
(Counsel for Bert Caskill)

Jim Stark, Esq.
524 South Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Ira Loewy, Esq.
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Philip R. Horowitz, Esq.
Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
(Counsel for James Travers)

John Cotrone, Esq.
509 S.E. 9th Street
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

Thomas D. Sclafani, Esq.
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)

Michael Hursey, Esq.
One River Plaza
305 South Andrews Avenue, Suite 701
Fort Lauderdale, Florida 33301-1853
(Counsel for Jeanne Brooks)

Martin Bidwell, Esq.
Federal Public Defender's Office
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301-1100

Larry Bronson, Esq.
80 Pine Street, 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

David G. Vinikoor, Esq.
420 S.E. 12th Street
Fort Lauderdale, Florida 33316
(Co-Counsel for Martin Zarcadoolas)