UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO.: 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS, et al.,

    Defendant.
_____/

ORDER

**THIS CAUSE** is before the Court on an Unopposed Motion for Continuance and [DE-226]

Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion for Continuance is hereby Denied without prejudice to renew at the calendar call.

**DONE AND ORDERED** this 27 day of July, 2000.

William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT COURT JUDGE

cc:
Paul Schwartz, Esq.
  Assistant United States Attorney
Allen Kaufman, Esq.
H. Dohn Williams, Esq
William Norris, Esq.
Dennis R. Bedard, Esq.
Jim Stark, Esq.
Ira Loewy, Esq.
Simon T. Steckel, Esq.
Philip R. Horowitz, Esq.
John Cotrone, Esq.
Thomas D. Sclafani, Esq.
Herb Cohen, Esq.
Michael Hursey, Esq.
Martin Bidwell, Esq.
Larry Bronson, Esq.