**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:   00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,                  :

    Plaintiff,                                                :

v.                                                                   :

MARTIN ZARCADOOLAS, et al.               :

    Defendant.                                            :

_____

### MOTION TO ADOPT

    COMES NOW the Defendant, MARTIN ZARCADOOLAS, by and through undersigned counsel, and files this Motion to Adopt co-defendant Joseph Rotunno's Motion for Inspection of Original Documents Re: Court Authorized Interception of Wire Communications filed in the instant case, as if filed by him, and thus to preserve in his own behalf the benefit of whatever ruling may finally be made upon the issue raised by said filings, and to have the same applied to him as appropriate, as if filed in his own name.

    Defendant MARTIN ZARCADOOLAS, understands that the instant motion only has application where Defendant ZARCADOOLAS has standing to raise said Motion.

    WHEREFORE, Defendant MARTIN ZARCADOOLAS respectfully requests that this Motion to Adopt be granted.



Respectfully submitted,

DAVID G. VINIKOOR
Co-Counsel for the Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail delivery this _23_ day of August, 2000, to the following:

Paul F. Schwartz
Assistant U.S. Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394

H. Dohn Williams, Esq.
721 N.E. 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esq.
1717 N. Bayshore Dr., Suite 102
Miami, FL 33132
(Counsel for Berk Caskill)

John Cotrone, Esq.
509 S.E. 9th Street
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

Michael Dutko, Esq.
600 S. Andrews Avenue, Ste. 500
Fort Lauderdale, FL 33301
(Counsel for Kaiser Akel)

Thomas D. Sclafani, Esq.
200 E. Broward Blvd., Ste. 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esq.
200 S.E. 6th Street, Ste. 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)

Jim Stark, Esq.
524 S. Andrews Avenue, Ste. 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Ira Loewy, Esq.
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esq.
701 Brickell Ave., Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Philip R. Horowitz, Esq.
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for James Travers)

Raymond C. Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

Allen Kaufman, Esq.
2900 N. Dixie Highway, Ste. 201
Oakland Park, FL 33334
(Counsel for Reynolds Maragni)

Michael Hursey, Esq.
One River Plaza
305 S. Andrews Avenue, Ste. 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

Martin Bidwell, Esq.
Federal Public Defender's Office
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Attorney for Emro Capri)

Larry Bronson, Esq.
80 Pine Street, 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

By: _____
DAVID G. VINIKOOR

3