UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:    00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,              :

        Plaintiff,                    :

v.                                     :

MARTIN ZARCADOOLAS, et al.             :

        Defendant.                    :

FILED by ___ D.C.
AUG 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON MOTION TO ADOPT

THIS CAUSE came before the Court upon Defendant MARTIN ZARCADOOLAS' Motion to Adopt (DE-271) co-defendant Joseph Rotunno's Motion for Inspection of Original Documents Re: court Authorized Interception of Wire Communications (DE-263), and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion to Adopt co-defendant Joseph Rotunno's Motion for Inspection of Original Documents Re: Court Authorized Interception of Wire Communications filed in the instant case, is hereby GRANTED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25 day of August, 2000.

_____
HONORABLE WILLIAM P. DIMITROULEAS
U.S. DISTRICT COURT JUDGE

cc:    Paul Schwartz, AUSA
      David G. Vinikoor, Esq.
      ~~All counsel of record~~

