UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO.: 00-6154-CR-DIMITROULEAS

     Plaintiff,

v.

MARTIN ZARCADOOLAS, et al.

     Defendant.
_____/

### MOTION TO TRAVEL

    COMES NOW, the Defendant, MARTIN ZARCADOOLAS, by and through his undersigned counsel, and files this his Motion to Travel outside the Southern District of Florida and as grounds therefore would state as follows:

    1. On or about June 21, 2000, the Defendant posted a $100,000.00 Corporate Surety Bond.

    2. While on bond, the Defendant has complied with all standard and special conditions of bond.

    3. The Defendant has a pre-planned vacation, which was presented to him by the Fort Lauderdale Firefighters and said vacation is scheduled to commence on September 11, 2000 and to end on September 18, 2000.

    4. This vacation includes a cruise in Alaska aboard the ship Dawn Princess.

    5. The Defendant and his wife would be traveling via Liberian Airlines from Fort Lauderdale to Vancouver, Canada

-1-



wherein they would board the ship Dawn Princess and travel throughout Alaska for the next several days.

6. The Defendant and his wife are scheduled to return via Liberian Airlines to Fort Lauderdale International Airport on September 18, 2000.

7. That this trip and more particularly, the destination, does not require the Defendant to present any passport or travel documents.

8. That undersigned counsel's office has spoken with Assistant United States Attorney Paul Schwartz, who has indicated that he has absolutely no objection to this motion.

WHEREFORE, the Defendant, MARTIN ZARCADOOLAS, would respectfully request this Honorable Court enter an Order permitting the Defendant to travel outside the Southern District of Florida departing on September 11, 2000 and returning on September 1, 2000.

Respectfully Submitted,

RAYMOND C. MILLER, P.A.
400 Southeast Sixth Street
Fort Lauderdale, Florida 33301
BROWARD: (954) 462-3668
FAX:     (954) 462-8594

Raymond C. Miller, Esq.
Florida Bar #651176
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. mail delivery this 1st day of September, 2000:

Paul F. Schwartz
Assistant U.S. Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394

Ms. Joan Balis
Pre-Trial Services
701 Clematis Street, Suite 221
West Palm Beach, Florida 33401

H.Dohn Williams, Esq.
721 N.E. Third Avenue
Fort Lauderdale, FL 33304

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, Florida 33133-4741

Dennis R. Bedard, Esq.
1717 North Bayshore Drive, Suite 102
Miami, Florida 33132

John Cotrone, Esq.
509 S.E. 9th Street
Fort Lauderdale, Florida 33316

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 3301

Thomas D. Scalfani, Esq.
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, Florida 33301

Herb Cohen, Esq.
200 Southeast Sixth Street, Suite 205
Fort Lauderdale, Florida 33301

Jim Stark, Esq.
524 South Andrews Avenue, Suite 304N
Fort Lauderdale, Florida 33301

Ira Loewy, Esq.
800 Brickell Avenue, Penthouse #2
Miami, Florida 33131

Simon T. Steckel, Esq.
701 Brickell Avenue, Suite 3260
Miami, Florida 333131

Philip R. Horowitz, Esq.
Southparkk Centre
13651 South Dixie Highway
Miami, Florida 33156

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, Florida 33334

Michael Hursey, Esq.
One River Plaza
305 South Andrews Avenue, Suite 701
Fort Lauderdale, Florida 33301

Martin Bidwell, Esq.
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301

Larry Bronson, Esq.
80 Pine Street, 32nd Floor
New York, New York 10005

BY: _____
RAYMOND C. MILLER

-4-