UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

MARTIN ZARCADOOLAS, et al.

    Defendant.

_____/

FILED by ___ D.C.

SEP 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE is before the Court on a Motion to Travel and Upon consideration of the motion and the record in this cause, it is

ORDERED AND ADJUDGED that the Motion to Travel is hereby: Granted

_____

_____

DONE AND ORDERED this 5 day of September, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT COURT JUDGE

cc:

Paul Schwartz, Esq.
  Assistant U.S. Attorney
Ms. Joan Balis
  Pre-Trial Services
Raymond C. Miller, Esq.
  Attorney for Defendant
Allen Kaufman, Esq.
H. Dohn Williams, Esq.
Dennis R. Bedard, Esq.
Jim Stark, Esq.
Ira Loewy, Esq.
Simon T. Steckel, Esq.
Philip R. Horowitz, Esq.
John Cotrone, Esq.
Thomas D. Sclafani, Esq.



Herb Cohen, Esq.
Michael Hursey, Esq.
Martin Bidwell, Esq.
Larry Bronson, Esq.
David Vinikoor, Esq.