UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO: 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS,

    Defendant.
_____/

## MOTION FOR LEAVE TO FILE FURTHER MOTIONS

Martin Zarcadoolas moves for leave to file such further motions as may be appropriate, such motions to include, but not limited to motions to dismiss, a motion to sever counts or defendants, the supplementing of motions now filed and a motion adopting certain motions filed on behalf of the co-defendants in this case. In support of this Motion, Martin Zarcadoolas says that until he has had an opportunity to inspect items produced under court order and responses now pending and has had an opportunity to review the motions filed on behalf of his co-defendants, he cannot ascertain what further motions will be required.

                        Respectfully submitted,

                        DAVID G. VINIKOOR, P.A.
                        420 S. E. Twelfth Street
                        Fort Lauderdale, FL 33116
                        Tel: (954) 522-2500
                        Fax: (954) 522-7278

                        By: _____
                            DAVID G. VINIKOOR