UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO: 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS,

    Defendant.

_____/

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

    Martin Zarcadoolas moves this Court to adopt the motions of co-defendants that

are relevant and applicable to him.

               Respectfully submitted,

               DAVID G. VINIKOOR, P.A.
               420 S. E. Twelfth Street
               Fort Lauderdale, FL 33116
               Tel: (954) 522-2500
               Fax: (954) 522-7278

By: _____
               DAVID G. VINIKOOR

