UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO.: 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

MARTIN ZARCADOOLAS, et al.

    Defendant.
_____/

### MOTION TO ALLOW PARTICIPATION IN VOIR DIRE AND MEMORANDUM OF LAW

COMES NOW, the Defendant, MARTIN ZARCADOOLAS, and hereby moves this Honorable Court pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure to allow his counsel to participate in any voir dire examination during jury selection so that they may ferret out possible bias and prejudice existing in the minds of the jurors; so that they may attempt to restore an impartial attitude where the jurors in this case are likely to have a strong predisposition against the defendant arising out of the nature of the case; and so that they may gain the necessary information upon which to base peremptory challenges.

### MEMORANDUM OF LAW

The former Fifth Circuit has repeatedly recognized the importance of such participation in order to insure the defendant a more effective jury selection process. See <u>United States v. Ible</u>, 630 F.2d 389 (5th Cir. 1980); <u>United States v. Corey</u>, 625



F.2d 704 (5 Cir. 1980); <u>United States v. Ledee</u>, 549 F.2d 990 (5th Cir. 1977), <u>cert.denied</u>, 98 S.Ct. 297 (1978).  In <u>Ible</u>, the Court noted that:

> (W)hile Federal Rules of Criminal Procedure 24(a) gives wide discretion to the trial court, voir dire may have little meaning if it is not conducted at least in part by counsel.  The "federal" practice of almost exclusive voir dire examination by the court does not take into account the fact that it is the parties, rather than the court, who have a full grasp of the nuances and the strengths and weaknesses of the case.  Peremptory challenges are worthless if trial counsel is not afforded an opportunity to gain the necessary information upon which to base such strikes...  Experience indicates that in the majority of situations questioning by counsel would be more likely to fulfill the need than an exclusive examination in general terms by the trial court.

<u>Id</u>. At 993.

The Defendant has a constitutional right to a fair and impartial trial.  The Supreme Court, in <u>Pointer v. United States</u>, 151 U.S. 396 (1983), stated that the peremptory challenge is one of the most important rights secured to the accused.  In order to insure the effectiveness of these challenges, the Defendant prays that the Court grant this Motion.

<u>LOCAL RULE 88.9 CERTIFICATE</u>

That undersigned counsel has attempted to communicate with Assistant United States Attorney Paul Schwartz regarding his position concerning this motion, however, undersigned counsel was unable to speak with him.

Respectfully Submitted,

RAYMOND C. MILLER, P.A.
400 Southeast Sixth Street
Fort Lauderdale, Florida 33301
BROWARD: (954) 462-3668
FAX:     (954) 462-8594

_____
Raymond C. Miller, Esq.
Florida Bar #651176
Attorney for Defendant


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. mail delivery this 11th day of September, 2000, to the following:

Paul F. Schwartz
Assistant U.S. Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394

Ms. Joan Balis
Pre-Trial Services
701 Clematis Street, Suite 221
West Palm Beach, Florida 33401

H.Dohn Williams, Esq.
721 N.E. Third Avenue
Fort Lauderdale, FL 33304

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, Florida 33133-4741

Dennis R. Bedard, Esq.
1717 North Bayshore Drive, Suite 102
Miami, Florida 33132

John Cotrone, Esq.
509 S.E. 9th Street
Fort Lauderdale, Florida 33316

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 3301

Thomas D. Scalfani, Esq.
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, Florida 33301

Herb Cohen, Esq.
200 Southeast Sixth Street, Suite 205
Fort Lauderdale, Florida 33301

Jim Stark, Esq.
524 South Andrews Avenue, Suite 304N
Fort Lauderdale, Florida 33301

Ira Loewy, Esq.
800 Brickell Avenue, Penthouse #2
Miami, Florida 33131

Simon T. Steckel, Esq.
701 Brickell Avenue, Suite 3260
Miami, Florida 333131

Philip R. Horowitz, Esq.
Southparkk Centre
13651 South Dixie Highway
Miami, Florida 33156

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, Florida 33334

Michael Hursey, Esq.
One River Plaza
305 South Andrews Avenue, Suite 701
Fort Lauderdale, Florida 33301

Martin Bidwell, Esq.
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301

Larry Bronson, Esq.
80 Pine Street, 32nd Floor
New York, New York 10005

BY: _____
RAYMOND C. MILLER