UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

MARTIN ZARCADOOLAS, et al.

    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO PRESENT THE GOVERNMENT WITH THE DEFENDANT'S VERSION OF CORRECTED TRANSCRIPTS

COMES NOW, the Defendant, MARTIN ZARCADOOLAS, by and through his undersigned counsel and hereby files this his Motion for Extension of Time to Present the Government with the Defendant's Version of Corrected Transcripts, and as grounds would state as follows:

1. The Government, prior to Indictment, investigated and gathered evidence for approximately 3 ½ years. During this time, two Title III Applications and Authorizations were made and the Government in this case came into possession of approximately 133 cassette tape recorded tape recordings containing approximately 1,000 conversations. In addition, the Government, in this case, came into possession of approximately 41 cassette tape recorded tape recordings corresponding to consesually recorded conversations made between it's chief cooperating witness Al Polito and those directed by Mr. Polito to record.

2. The Defendant has had approximately six to seven weeks



to listen to all of the tapes, as well as to complete the lengthy tedious process of trying to compare the transcripts that the Government has provided to defense counsel of the conversations on those tapes and then to provide the Defendant's version.

3. Most, if not all of the Title III conversations are clear, however, many of the consesually recorded conversations are not and therefore the task of matching the Government's transcripts to the tapes has become a much lengthier process then initially anticipated.

WHEREFORE, the Defendant, MARTIN ZARCADOOLAS, would respectfully request that he be permitted an additional two weeks in order to prepare his version of the transcript to the Government. It is certainly conceivable that defense counsel and the Government, can reach agreement, therefore obviating the need to litigate the substance of the transcripts used as an aide to jurors in this cause.

<u>LOCAL RULE 88.9 CERTIFICATE</u>

That undersigned counsel has attempted to communicate with Assistant United States Attorney Paul Schwartz regarding his position concerning this motion, however, undersigned counsel was unable to speak with him.

Respectfully Submitted,

RAYMOND C. MILLER, P.A.
400 Southeast Sixth Street
Fort Lauderdale, Florida 33301
BROWARD: (954) 462-3668
FAX:     (954) 462-8594

_____
Raymond C. Miller, Esq.
Florida Bar #651176
Attorney for Defendant


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. mail delivery this 1st day of September, 2000:

Paul F. Schwartz
Assistant U.S. Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394

Ms. Joan Balis
Pre-Trial Services
701 Clematis Street, Suite 221
West Palm Beach, Florida 33401

H. Dohn Williams, Esq.
721 N.E. Third Avenue
Fort Lauderdale, FL 33304

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, Florida 33133-4741

Dennis R. Bedard, Esq.
1717 North Bayshore Drive, Suite 102
Miami, Florida 33132

John Cotrone, Esq.
509 S.E. 9th Street
Fort Lauderdale, Florida 33316

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 3301

Thomas D. Scalfani, Esq.
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, Florida 33301

Herb Cohen, Esq.
200 Southeast Sixth Street, Suite 205
Fort Lauderdale, Florida 33301

Jim Stark, Esq.
524 South Andrews Avenue, Suite 304N
Fort Lauderdale, Florida 33301

Ira Loewy, Esq.
800 Brickell Avenue, Penthouse #2
Miami, Florida 33131

Simon T. Steckel, Esq.
701 Brickell Avenue, Suite 3260
Miami, Florida 333131

Philip R. Horowitz, Esq.
Southpark Centre
13651 South Dixie Highway
Miami, Florida 33156

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, Florida 33334

Michael Hursey, Esq.
One River Plaza
305 South Andrews Avenue, Suite 701
Fort Lauderdale, Florida 33301

Martin Bidwell, Esq.
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301

Larry Bronson, Esq.
80 Pine Street, 32nd Floor
New York, New York 10005

BY: _____
RAYMOND C. MILLER