UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO: 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS,

    Defendant.
_____/

**NIGHT BOX FILED**
**SEP 1 1 2000**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### NOTICE OF FILING

COMES NOW, the Defendant, MARTIN ZARCADOOLAS., by and through his undersigned attorney, and files with the Clerk of the U.S. District Court, Southern District of Florida, a Certificate of Service for each of the following pleadings filed on September 11, 2000:

1. Motion for Bill of Particulars; to Dismiss Court 2, etc.
2. Motion to Suppress;
3. Motion to Adopt Motions of Co-Defendants;
4. Motion for Leave to File Further Motions; and
5. Motion to Exclude Derogatory Characterizations from Tape-Recordings

Respectfully Submitted,

DAVID G. VINIKOOR, P.A.
Co-Counsel for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Fax: (954) 522-7335

By: _____
DAVID G. VINIKOOR
FL BAR #195719

Simon T. Steckel, Esquire
701 Brickell Avenue, Suite 3260
Miami, FL 33131
*(Counsel for William Hawkins)*

Philip R. Horowitz, Esquire
Southpark Centre
12651 South Dixie Highway
Miami, FL 33156
*(Counsel for James Travers)*

Allen Kaufman, Esquire
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334
*(Counsel for Reynolds Maragni)*

Larry Bronson, Esquire
80 Pine Street, 32nd Floor
New York, NY 10005
*(Counsel for Barbara Drezek)*

Raymond C. Miller, Esquire
400 S. E. Sixth Street
Fort Lauderdale, FL 33301
*(Counsel for Martin Zarcadoolas)*

By: _____
DAVID G. VINIKOOR

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing has been furnished by hand delivery to the Clerk of the Court and by U.S. mail delivery this 12th day of September, 2000, to the following:

Paul F. Schwartz
Assistant U. S. Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394

John Cotrone, Esquire
509 S. E. 9th Street
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

H. Dohn Williams, Esquire
721 N. E. 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

Michael Dutko, Esquire
600 South Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
(Counsel for Kaiser Akel)

William Norris, Esquire
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Thomas D. Sclafani, Esquire
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Dennis R. Bedard, Esquire
1717 North Bayshore Drive, Suite 102
Miami, FL 33132
(Counsel for Berk Caskill)

Herb Cohen, Esquire
200 S. E. 6th Street, Suite 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)

Jim Stark, Esquire
524 South Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Michael Hursey, Esquire
One River Plaza, Suite 701
305 South Andrews Avenue
(Counsel for Jeanne Brooks)

Ira Loewy, Esquire
800 Brickell Avenue, PH #2
Miami, FL 33131
(Counsel for Martin Halpern)

Martin Bidwell, Esquire
Federal Public Defender's Office
101 N. E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Attorney for Emro Capri)