FILED by _____ D.C.
SEP 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.: 00-6154-CR-DIMITROULEAS

   Plaintiff,

v.

MARTIN ZARCADOOLAS, et al.

   Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on a Motion to Exclude 404(b) Evidence [403 and 404 Objections], and Incorporated Memorandum of Law, and Upon consideration of the motion and the record in this cause, it is

ORDERED AND ADJUDGED that the Motion to Exclude 404(b) Evidence [403 and 404 Objections], and Incorporated Memorandum of Law, it is hereby _Denied, without prejudice to renew after a 404(b) notice is filed, if any_.

DONE AND ORDERED this __12__ day of __September__, 2000.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT COURT JUDGE

cc:

Paul F. Schwartz, Esq.
  Assistant U.S. Attorney
Raymond C. Miller, Esq.
  Attorney for Defendant
Allen Kaufman, Esq.
H. Dohn Williams, Esq.
Dennis R. Bedard, Esq.
Jim Stark, Esq.
Ira Loewy, Esq.
Simon T. Steckel, Esq.

Philip R. Horowitz, Esq.
John Cotrone, Esq.
Thomas D. Sclafani, Esq.
Herb Cohen, Esq.
Michael Hursey, Esq.
Martin Bidwell, Esq.
Larry Bronson, Esq.
David Vinikoor, Esq.