UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO.: 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

MARTIN ZARCADOOLAS, et al.

    Defendant.
_____/

FILED by ___ D.C.

SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE is before the Court on a Motion to Sever Defendant, and Upon consideration of the motion and the record in this cause, it is

ORDERED AND ADJUDGED that the Motion to Sever Defendant, it is hereby _Denied_

DONE AND ORDERED this _12_ day of _September_, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT COURT JUDGE

cc:

Paul F. Schwartz, Esq.
  Assistant U.S. Attorney
Raymond C. Miller, Esq.
  Attorney for Defendant
Allen Kaufman, Esq.
H. Dohn Williams, Esq.
Dennis R. Bedard, Esq.
Jim Stark, Esq.
Ira Loewy, Esq.
Simon T. Steckel, Esq.
Philip R. Horowitz, Esq.
John Cotrone, Esq.
Thomas D. Sclafani, Esq.
Herb Cohen, Esq.



Michael Hursey, Esq.
Martin Bidwell, Esq.
Larry Bronson, Esq.
David Vinikoor, Esq.