UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6154-CR-DIMITROULEAS
    Plaintiff,

v.

MARTIN ZARCADOOLAS, et al.

    Defendant.
_____/

FILED by _____ D.C.

SEP 12 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE is before the Court on a Motion to Allow Participation in Voir Dire and Memorandum of Law and Upon consideration of the motion and the record in this cause, it is

ORDERED AND ADJUDGED that the Motion to Allow Participation in Voir Dire and Memorandum of Law, it is hereby _Granted_.
_Ten minutes will be allowed_.
_____.

DONE AND ORDERED this _12_ day of _September_, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT COURT JUDGE

cc:

Paul Schwartz, Esq.
  Assistant U.S. Attorney
Raymond C. Miller, Esq.
  Attorney for Defendant
Allen Kaufman, Esq.
H. Dohn Williams, Esq.
Dennis R. Bedard, Esq.
Jim Stark, Esq.
Ira Loewy, Esq.
Simon T. Steckel, Esq.
Philip R. Horowitz, Esq.
John Cotrone, Esq.
Thomas D. Sclafani, Esq.



Herb Cohen, Esq.
Michael Hursey, Esq.
Martin Bidwell, Esq.
Larry Bronson, Esq.
David Vinikoor, Esq.