FILED by _____ D.C.

SEP 12 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO.: 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

MARTIN ZARCADOOLAS, et al.

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on a Motion to Dismiss Count 5 of the Indictment and Upon consideration of the motion and the record in this cause, it is

ORDERED AND ADJUDGED that the Motion to Dismiss Count 5 of the Indictment, it is hereby _Denied without prejudice to object at the time of sentencing._

DONE AND ORDERED this __12__ day of __September__, 2000.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT COURT JUDGE

cc:

Paul F. Schwartz, Esq.
  Assistant U.S. Attorney
Raymond C. Miller, Esq.
  Attorney for Defendant
Allen Kaufman, Esq.
H. Dohn Williams, Esq.
Dennis R. Bedard, Esq.
Jim Stark, Esq.
Ira Loewy, Esq.
Simon T. Steckel, Esq.
Philip R. Horowitz, Esq.
John Cotrone, Esq.
Thomas D. Sclafani, Esq.
Herb Cohen, Esq.
Michael Hursey, Esq.

Martin Bidwell, Esq.
Larry Bronson, Esq.
David Vinikoor, Esq.