SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.: 00-6154-CR-DIMITROULEAS

    Plaintiff,

v.

MARTIN ZARCADOOLAS, et al.

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on a Motion for Extension of Time to Present the Government with the Defendant's Version of Corrected Transcripts, and Upon consideration of the motion and the record in this cause, it is

ORDERED AND ADJUDGED that the Motion for Extension of Time to Present the Government with the Defendant's Version of Corrected Transcripts, it is hereby _Granted, two weeks to do so_

DONE AND ORDERED this _12_ day of _September_, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT COURT JUDGE

cc:

Paul F. Schwartz, Esq.
  Assistant U.S. Attorney
Raymond C. Miller, Esq.
  Attorney for Defendant
Allen Kaufman, Esq.
H.Dohn Williams, Esq.
Dennis R. Bedard, Esq.
Jim Stark, Esq.
Ira Loewy, Esq.
Simon T. Steckel, Esq.

Philip R. Horowitz, Esq.
John Cotrone, Esq.
Thomas D. Sclafani, Esq.
Herb Cohen, Esq.
Michael Hursey, Esq.
Martin Bidwell, Esq.
Larry Bronson, Esq.
David Vinikoor, Esq.