UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

   Plaintiff,

vs.

MARTIN ZARCADOOLAS,

   Defendant.
_____/

FILED by ___ D.C.

SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

### ORDER DENYING MARTIN ZARCADOOLAS' MOTION FOR LEAVE TO FILE FURTHER MOTIONS

Martin Zarcadoolas has filed a "Motion for Leave to File Further Motions", [DE-298].

The Court has reviewed the Motion and the Government's response and after being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All Counsel of Record

