UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS,

    Defendant.
_____/

FILED by _____ D.C.

SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER GRANTING MARTIN ZARCADOOLAS' MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

Martin Zarcadoolas has filed a "Motion to Adopt Motions of Co-Defendants." The Court has reviewed the Motion and the government's response and after being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is **GRANTED**. Zarcadoolas shall adopt motions of his co-defendants that are relevant and applicable to him.

DONE AND ORDERED this 2 day of September, 2000.

William P. Dimitrouleas
United States District Court Judge

Copies: All Counsel

