UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS,

    Defendant.

_____/

**O R D E R**

THIS CAUSE having been heard upon Defendant's September 11, 2000 Motion to

Exclude Derogatory Characterizations From Tape Recording [DE-302] and the Court having

reviewed the Government's September 19, 2000 Response [DE-343], the Court finds as follows:

Defendant's motion fails to specifically identify the context and content of the allegedly racially

and ethnically derogatory remarks, therefore, said motion is DENIED without prejudice to

renew, specifically identifying the objectionable conversations.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, Esquire
One River Plaza, #701
305 S. Andrews Avenue
Ft. Lauderdale, FL 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Michael Dutko, Esquire
600 S. Andrews Avenue, #500
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301

Dennis Bedard, Esquire
1717 N. Bayshore Drive, #102
Miami, FL 33132