UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　CASE NO. 00-6154-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

MARTIN ZARCADOOLAS,

　　　　Defendant.
_____/

FILED by _____ D.C.
SEP 2 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER**

THIS CAUSE having been heard upon Defendant's September 11, 2000 Request for Specific Kyles, Brady, Agurs, Giglio and Naupe Material [DE-315] and the Court having received the Government's September 19, 2000 Response [DE-343], the Court finds as follows: The Government has a continuing obligation to provide constitutionally required information; the Government is ordered to continue to comply with those obligations.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2000.

　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　United States District Judge

351

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, Esquire
One River Plaza, #701
305 S. Andrews Avenue
Ft. Lauderdale, FL 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Michael Dutko, Esquire
600 S. Andrews Avenue, #500
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301

Dennis Bedard, Esquire
1717 N. Bayshore Drive, #102
Miami, FL 33132