UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

MARTIN ZARCADOOLAS,

Defendant.
_____/

**O R D E R**

THIS CAUSE having been heard upon Defendant's September 11, 2000 Motion to Exclude References to Marty [DE-300] and the Court having reviewed the Government's Response [DE-343], the Court finds as follows:

Defendant's Motion is premature in that it involves evidentiary matters that are best left for resolution at trial. Viewing this motion is a Motion in Limine, it is DENIED, without prejudice to renew when and if the Government seeks to introduce the challenged evidence.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, Esquire
One River Plaza, #701
305 S. Andrews Avenue
Ft. Lauderdale, FL 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Michael Dutko, Esquire
600 S. Andrews Avenue, #500
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301

Dennis Bedard, Esquire
1717 N. Bayshore Drive, #102
Miami, FL 33132