UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS,

    Defendant.

_____/

FILED by _____ D.C.

SEP 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

THIS CAUSE having been heard upon Defendant's September 11, 2000 Motion to Dismiss Count 2 [DE-300] and the Court having reviewed the Government's Response [DE-343], the Court finds as follows: Count 2 properly alleges a violation of 18 U.S.C. § 1955. The Government must still prove that on at least one single day the business had a gross revenue of two thousand ($2,000.00) or more.

Wherefore, Defendant's Motion to Dismiss Count 2 is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, Esquire
One River Plaza, #701
305 S. Andrews Avenue
Ft. Lauderdale, FL 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Michael Dutko, Esquire
600 S. Andrews Avenue, #500
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301

Dennis Bedard, Esquire
1717 N. Bayshore Drive, #102
Miami, FL 33132