UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

  Plaintiff,

vs.

MARTIN ZARCADOOLAS,

  Defendant.
_____/

FILED by _____ D.C.

SEP 22 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's September 11, 2000 Motion to Dismiss Count 5 [DE-300] and the Court having reviewed the Government's Response [DE-343], the Court finds as follows: Count 5 properly alleges a violation of 18 U.S.C. 1956(h). Any perceived problems with the alternative fashion of charging in Count 5 can be cured with a special interrogatory verdict form. An indictment charging Conspiracy to Commit Money Laundering need not allege an overt act. It is not required for drug conspiracies. U.S. v. Shabani, 513 U.S. 10, 15 (1994). It, by analogy, is not required here. U.S. v. Sadighi, 1999 WL 980661, 199 F. 3d 1334 (9th Cir. 1999).

Wherefore, Defendant's Motion to Dismiss Count 2 is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, Esquire
One River Plaza, #701
305 S. Andrews Avenue
Ft. Lauderdale, FL 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

*Herb Cohen, Esquire*
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Michael Dutko, Esquire
*600 S. Andrews Avenue, #500*
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
P.O. Box 1722
*Ft. Lauderdale, FL 33301*

Dennis Bedard, Esquire
1717 N. Bayshore Drive, #102
Miami, FL 33132