UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS,

    Defendant.

_____/

FILED by _____ D.C.

SEP 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's September 11, 2000 Motion for Bill of Particulars [DE-300], and the Court having reviewed the Government's Response [DE-343], the Court finds as follows:

1. The Indictment adequately informs the Defendants of the charges against them. U.S. v. Walsh, 194 F. 3d 37, 47 (2d Cir. 1999); U.S. v. Barnes, 158 F. 3d 662, 665 (2d Cir. 1998).

2. The Defendants have sufficient information about the specific acts with which they are charged.

Wherefore, Defendant's Motion to Strike is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, Esquire
One River Plaza, #701
305 S. Andrews Avenue
Ft. Lauderdale, FL 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Michael Dutko, Esquire
600 S. Andrews Avenue, #500
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301

Dennis Bedard, Esquire
1717 N. Bayshore Drive, #102
Miami, FL 33132