UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

MARTIN ZARCADOOLAS,

　　　　Defendant.
_____/

FILED by _____ D.C.

SEP 25 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD

**ORDER**

THIS CAUSE having been heard upon Defendant's September 11, 2000 Omnibus Motion to Strike [DE-300] and the Court having reviewed the Government's Response [DE-343], the Court finds as follows: The reference to Marty is not prejudicial. U.S. v. Candelaria-Silva, 166 F. 3d 19, 33 (1st Cir. 1998). The other references to organized crime in the Indictment are relevant to the RICO charge. U.S. v. Scarpa, 913 F. 2d 993, 1013 (2d Cir. 1990); U.S. v. BinLaden, 91 F. Supp. 2d 600, 621 (S.D.N.Y 2000).

Wherefore, Defendant's Motion to Strike is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, Esquire
One River Plaza, #701
305 S. Andrews Avenue
Ft. Lauderdale, FL 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Michael Dutko, Esquire
600 S. Andrews Avenue, #500
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301

Dennis Bedard, Esquire
1717 N. Bayshore Drive, #102
Miami, FL 33132