UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

MARTIN ZARCADOOLAS,

Defendant.

_____/

FILED by _____ D.C.

SEP 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant, Zarcadoolas' September 25, 2000 Motion to Vacate Orders [DE-363], and the Court having considered Defendant Zarcadoolas' September 25, 2000 Reply to Government's Response to Motion to Suppress Evidence and Request for Hearing [DE-362] and Defendant Rotunno's September 22, 2000 Reply to Governments Response to Motion to Suppress [DE-354] and Defendant Zarcadoolas' September 25, 2000 Replies to the Government Responses to Various Pre-Trial Motions [DE-364], and finds as follows:

1. On August 4, 2000, this Court set a September 11, 2000 deadline for defense motions. At that time, the Government was not specifically given time to respond. In fact, the Court ruled on some defense motions without a Government response. No time was set for a reply; none was requested.

2. The Court will now consider the replies as timely motions for reconsideration.

   A. The Court will reconsider whether Assistant Attorney General Kevin DiGregory authorized the wiretap. An evidentiary hearing is set on that one issue for Friday, October 13, 2000 at 3:00 P.M.



B. Having considered Zarcadoolas' Reply to Bill of Particulars, Count 5, and Motions to Exclude, and considering them to be Motions for Reconsideration, said motions to reconsider are DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, Esquire
One River Plaza, #701
305 S. Andrews Avenue
Ft. Lauderdale, FL 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Michael Dutko, Esquire
600 S. Andrews Avenue, #500
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301

Dennis Bedard, Esquire
1717 N. Bayshore Drive, #102
Miami, FL 33132