UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                     CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS, et al.,

    Defendant.

_____/

FILED by _____ D.C.

OCT 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## **ORDER CANCELING HEARING**

THIS CAUSE having been heard upon the Government's October 3, 2000, Motion To

Reconsider Evidentiary Hearing [DE-394] and the Court having received Defendant

Zarcadoolas' October 6, 2000 response [DE-403], finds as follows:

1. On September 11, 2000 Defendants' Rotunno and Zarcadoolas separately filed

motions to suppress wiretap evidence. [DE-301 and DE-318].

2. On September 22, 2000, this Court denied those motions. [DE-359]. Defendant

Rotunno's reply was received after the Court had ruled. [DE-354].

3. On September 25, 2000, Defendant Zarcadoolas filed a motion to vacate the Court's

September 22, 2000 order. [DE-363].

4. On September 26, 2000, this Court construed Defendant Zarcadoolas' motion to

vacate as a motion to reconsider and set an evidentiary hearing for October 13, 2000 at 3:00 P.M.

[DE-379].

5. On October 3, 2000, the Government asked the Court to reconsider the evidentiary

hearings [DE-394] attaching an affidavit of Kevin V. DiGregory.



6. On October 6, 2000 Defendant Zarcadoolas filed his response [DE-403].

Wherefore, Government's Motion to Reconsider [DE-394] is GRANTED. The

evidentiary hearing is canceled. Defendant Zarcadoolas Motion to Vacate [DE-379] is DENIED.

The Court's denials of the motions to suppress [DE-359] are ratified.

DONE AND ORDERED in Chambers at Fort Lauderdale. Broward County, Florida, this

_____ day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33301

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Michael Dutko, Esquire
600 S. Andrews Avenue, #500
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
100 Biscayne Boulevard, #2402
Miami, FL 33132

Dennis Bedard, Esquire
1717 N. Bayshore Drive, #102
Miami, FL 33132

Paul Schwartz, AUSA