UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-Dimitrouleas

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSEPH ROTUNNO, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF POTENTIAL CONFLICT

The United States of America by and through its undersigned attorneys hereby notifies the Court of potential conflicts related to defense counsel Raymond Miller's and David Vinikoor's representation of defendant Zarcadoolas and respectfully requests that the Court set a hearing on this issue.

DATED this __16__ day of October 2000.

Respectfully Submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:  Paul F. Schwartz
Assistant United States Attorney
Court ID # A5500086

Julia J. Stiller
U.S. Department of Justice Trial Attorney
Court ID # A5500485
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this __16__ day of October, 2000.

Raymond Miller, Esquire
400 Southeast Sixth St.
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

David Vinikoor, Esquire
420 S.E. Twelfth St.
Fort Lauderdale, FL 33316
(Counsel for Martin Zarcadoolas)

_____
PAUL SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY