UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS,

    Defendant.
_____/

FILED by _____ D.C.

OCT 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING HEARING

THIS CAUSE having been heard upon Government's October 16, 2000 Notice of Potential Conflict, the Court sets a hearing for October 20, 2000 at 9:15 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17 day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Julia Stiller, AUSA

Raymond Miller, Esquire
400 S.E. 6th Street
Ft. Lauderdale, Florida 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, Florida 33316

