UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

MARTIN ZARCADOOLAS,

Defendant.
_____/

## ORDER SETTING HEARING

THIS CAUSE having been heard upon Government's October 17, 2000, Motion To Resolve All Tape Recording Related Issues, the Court sets a hearing for October 20, 2000 at 9:15 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Julia Stiller, AUSA

Raymond Miller, Esquire
400 S.E. 6th Street
Ft. Lauderdale, Florida 33301



David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, Florida 33316