**CRIMINAL MINUTES**

FILED by _____ D.C.
OCT 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
SD OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6154-CR-WPD          DATE: October 20, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____             INTERPRETER: _____

UNITED STATES OF AMERICA    vs. Bert Caskill, Martin Barcadoulas

U.S. ATTORNEY: Paul Schwartz / Julia Stiller    DEFT. COUNSEL: Dennis Ballard,

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Parties ready for trial. Court
sets trial for Wednesday 10/25 providing
the civil case is finished. Counsel
instructed to call Chambers to see status

_____

_____

_____

CASE CONTINUED TO: 10/25/00    TIME: 9:00    FOR: trial

MISC: _____

446