## CRIMINAL MINUTES

FILED by _____ D.C.
OCT 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6154-Cr-WPD    DATE: October 20, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Martin Zarcadoolas

U.S. ATTORNEY: Paul Schwartz / Julia Steller    DEFT. COUNSEL: Raymond Miller, David Vinikoor

REASON FOR HEARING: notice of potential conflict & status

RESULT OF HEARING: Motion Redue all tape recording related issues. All counsel address Court. Deft's Counsel submit affidavits. Deft sworn and questioned by the Court. Deft states he wants to proceed with the 2 attorneys he currently has. Deft seeks a little more time and

JUDGMENT: Court resets this hearing for Monday

CASE CONTINUED TO: 10/20/00    TIME: 10:00    FOR: Continuation of hearing

MISC: _____

