UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS, et al.

    Defendant.
_____/



## WAIVER OF POTENTIAL CONFLICT OF INTEREST

I, MARTIN ZARCADOOLAS, wish to have Raymond C. Miller, P.A., continue to represent me as co-counsel in the case of United States v. Martin Zarcadoolas, et al., case number 00-6154-CR-Dimitrouleas. I understand and appreciate that the Government has filed a Notice of Potential Conflict suggesting that my attorney, Raymond C. Miller could become a witness in my case. In July, 2000, when the Government first mentioned this potential conflict, I expressly requested and authorized Raymond C. Miller, P.A. to continue serving as co-counsel on my behalf. Although I believe that no conflict exists, I hereby release Raymond C. Miller, P.A. from any sanctions that my be applied and waive any defenses that may arise as a result of this potential conflict of interest and expressly waive any conflict that may exist.

    The following matters have been explained to me in great detail:

    a)    That maintaining the independence of professional judgment required of a lawyer precludes his acceptance or continuation of employment that will



Case No: 00-6154-CR-DIMITROULEAS

adversely affect his judgment on behalf of or dilute his loyalty to a client.

    b)    That this problem arises whenever a lawyer, through his activities, could potentially become a witness in a client's case.

    c)    That the Government has filed a Notice of Potential Conflict suggesting that Raymond C. Miller could potentially become a witness in my case.

    d)    That I have been given the opportunity to independently evaluate my need for representation, free of this potential conflict and to obtain counsel other than Raymond C. Miller, P.A.

    e)    That the implication of this potential conflict has been fully explained to me, and with full knowledge and understanding it is my desire to have Raymond C. Miller, P.A., along with co-counsel David G. Vinikoor, P.A., represent me in this matter.

    f)    That in reviewing the facts of my case it is my belief that Raymond C. Miller, P.A. can adequately and competently represent my interests in this matter; I want him to serve as my trial counsel; and I believe the Government is merely trying to deny me counsel of my choice.

MARTIN ZARCADOOLAS

Case No: 00-6154-CR-DIMITROULEAS

STATE OF FLORIDA        :
COUNTY OF BROWARD       :

Sworn to and subscribed before me this __19th__ day of October, 2000, by

MARTIN ZARCADOOLAS.



Notary Public, State of Florida

Personally Known __✓__ OR Produced Identification _____ .