UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO: 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS, et al.

    Defendant.
_____/



## WAIVER OF POTENTIAL CONFLICT OF INTEREST

I, MARTIN ZARCADOOLAS, wish to have David G. Vinikoor, P.A., continue to represent me as co-counsel in the case of United States v. Martin Zarcadoolas, et al., case number 00-6154-CR-Dimitrouleas. I understand and appreciate that the Government has filed a Notice of Potential Conflict because David G. Vinikoor, P.A. also represents Jacolyn Baruch, who I know is the subject of a federal investigation involving charges similar to those I am facing. At the time that I retained the services of David G. Vinikoor, P.A., I was aware of his representation of Jacolyn Baruch and I, nevertheless, expressly requested and authorized David G. Vinikoor, P.A. to undertake my representation, believing that no conflict existed. In June, 2000, when the Government first mentioned this potential conflict, the issue of common representation was explained to me and I again, nevertheless, expressly requested and authorized David G. Vinikoor, P.A. to continue serving as co-counsel on my behalf. Although I believe that no conflict exists, I hereby release David G. Vinikoor, P.A. from any sanctions that my be applied and waive



Case No: 00-6154-CR-DIMITROULEAS

any defenses that may arise as a result of this potential conflict of interest and expressly waive any conflict that may exist.

The following matters have been explained to me in great detail:

a) That maintaining the independence of professional judgment required of a lawyer precludes his acceptance or continuation of employment that will adversely affect his judgment on behalf of or dilute his loyalty to a client.

b) That this problem arises whenever a lawyer is asked to represent two or more clients who may have differing interests, whether such interests be conflicting, inconsistent, diverse, or otherwise discordant.

c) That the Government has filed a Notice of Potential Conflict because David G. Vinikoor, P.A. also represents another person that is the subject of a federal investigation and that I have been given the option to cooperate against that person.

d) That I have been given the opportunity to independently evaluate my need for representation, free of the potential conflict and to obtain counsel other than David G. Vinikoor, P.A.

e) That the implication of this common representation has been fully explained to me, and with full knowledge and understanding it is my desire to have David G. Vinikoor, P.A., along with co-counsel Raymond C. Miller, P.A., represent me in this matter.

f) That in reviewing the facts of my case it is my belief that David G.

-2-

Case No: 00-6154-CR-DIMITROULEAS

Vinikoor, P.A. can adequately and competently represent my interests as well as the interests of any other clients he may represent.

*(signature)*
MARTIN ZARCADOOLAS

STATE OF FLORIDA    :
COUNTY OF BROWARD    :

Sworn to and subscribed before me this 19th day of October, 2000, by

MARTIN ZARCADOOLAS.

DALE A. SCOTT
MY COMMISSION # CC 742241
EXPIRES: 08/19/2002
1-800-3-NOTARY  Fla. Notary Services & Bonding Co.

*(signature)*
Notary Public, State of Florida

Personally Known __✓__ OR Produced Identification _____.

-3-