## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
OCT 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6154-Cr-WPD     DATE: October 23, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  Martin Zaradovlas

U.S. ATTORNEY: Paul Schwartz / Julia Steller     DEFT. COUNSEL: Raymond Miller & David Vinikoor

REASON FOR HEARING: Notice of potential conflict

RESULT OF HEARING: Court questions deft as to whether or not he wants to continue with both current attorneys. Deft states he does want Miller & Vinikoor to continue. Deft waives any conflict of interest

JUDGMENT: _____

CASE CONTINUED TO: 10/23/00     TIME: 2:00     FOR: Change of Plea

MISC: _____