UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS,

    Defendant.
_____/

FILED by _____ D.C.
OCT 2 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## OMNIBUS ORDER

THIS CAUSE having been heard upon Government's October 16, 2000 Notice of Conflict [DE-425], and the Court having reviewed two October 20, 2000 Waivers of Potential Conflict of Interest [DE-448 and 449], and the Court having received testimony from the Defendant on October 20 and 23, 2000, the Court finds that the Defendant has intelligently and voluntarily waived the possible conflicts of interest, and that the Defendant has a right to keep his attorney of choice: David Vinikoor and Raymond Miller.

Government's Motion To Resolve All Tape Recording Related Issues [DE-426] is Denied As Moot.

Defendant's Request for Notice of Intent to Offer 404(b) Evidence is Denied As Moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Raymond Miller, Esquire
400 S.E. 6th Street
Ft. Lauderdale, FL 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316