**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
OCT 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6154-CR-WPD   DATE: October 23, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA vs. Martin Bakradolas

U.S. ATTORNEY: Paul Schwartz & Julia Stahl   DEFT. COUNSEL: Roy Miller & David Vinikoor

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 1. Gvt agrees to dismiss any remaining Counts at time of sentencing. (25) Court accepts guilty plea

CASE CONTINUED TO: 1/5/01   TIME: 1:00   FOR: Sentencing

MISC: Written plea agreement filed.