UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.   CASE NO. 00-6154-CR-DIMITROULEAS

MARTIN ZARCADOOLAS

TYPE OF CASE:   CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.           COURTROOM 203E
FT. LAUDERDALE, FL 33301       DATE & TIME:
                               **January 12, 2001 AT 3:30 P.M.**
                               **(Previously set for January 5, 2001 at 1:00 )**

TYPE OF        SENTENCING
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

DATE: November 28, 2000                BY DEPUTY CLERK

cc:   Paul Schwartz AUSA
      Raymond Miller, Esq.
      David Vinikoor, Esq.
      United States Probation Office

