UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARTIN ZARCADOOLAS,

   Defendant.
_____/

NIGHT BOX FILED
JAN 1 0 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S RESPONSE TO DEFENDANT ZARCADOOLAS' LETTER TO U.S. DISTRICT JUDGE WILLIAM P. DIMITROULEAS

Comes now the United States of America by and through undersigned counsel and respectfully responds to defendant's letter to United States District Judge William P. Dimitrouleas as follows:

1. Local Rule 7.7 (Correspondence to the Court), United States District Court for the Southern district of Florida states:

> "Unless invited or directed by the presiding judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities or presenting arguments."

2. Defendant's instant letter clearly and egregiously violates the above recited Local Rule and as such should be considered a nullity and removed from the Court file.

3. Defendant's references to "government disdain," "unbridled aggression," and "indiscriminate attack on legal



reputations" are a shallow attempt to conceal counsel's inherent conflict of interest in this case.

4. Defendant's counsel, David Vinikoor, currently represents defendant Jackie Baruch, in <u>United States v. Mamone, et al.</u>, Case No. 00-6309-Cr-Seitz.

5. The Court authorized electronic surveillance and prior statements of defendant Zarcadoolas reflect that Zarcadoolas is associated with Baruch in illegal gambling activities.

6. Zarcadoolas was advised by Mr. Vinikoor not to cooperate with the government thereby insuring that he (Zarcadoolas) would not be a witness against Baruch.

7. Although defendant's letter refers to Zarcadoolas as "an honorable young man trapped by Draconian guidelines," and as a "gentle, sincere, young man who is a loving son, father and husband...," the government's evidence reflects that defendant associated himself with violent organized crime members in order to facilitate the collection of gambling debts through threats of force and violence. The government stands ready to present evidence at a sentencing hearing to refute defendant's assertions regarding his self described gentle and honorable nature.

WHEREFORE based upon the foregoing, the government respectfully requests that defendant's instant letter be considered a nullity and removed from the Court file.

>Respectfully submitted,
>
>GUY A. LEWIS
>UNITED STATES ATTORNEY
>
>By: _____
>PAUL F. SCHWARTZ
>ASSISTANT UNITED STATES ATTORNEY
>Court ID #: A5500086
>500 E. Broward Blvd., 7th Floor
>Fort Lauderdale, Florida  33394
>Telephone: (954) 356-7392
>Facsimile: (954) 356-7230

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this __//__ day of January, 2001.

David Vinikoor, Esquire
420 S.E. 12th St.
Fort Lauderdale, FL 33394

Raymond Miller, Esquire
400 S.E. 6th St.
Fort Lauderdale, FL 33301

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

4