UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MARTIN ZARCADOOLAS,

    Defendant.

_____/

## REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT ZARCADOOLAS' LETTER TO U.S. DISTRICT JUDGE WILLIAM P. DIMITROULEAS

COMES NOW the Defendant, by and through undersigned counsel and respectfully replies to the Government's Response to Defendant Zarcadoolas' letter to U.S. District Judge William P. Dimitrouleas, as follows:

1. The Government complains that undersigned counsel violated Local Rule 7.7. Undersigned counsel submits there was no such violation in that:

    a. The sentencing memorandum was not an "application requesting relief" but a sentence recommendation intended to supplement the Presentence Investigation Report;

    b. The sentencing memorandum was not sent to the presiding Judge, but to the Probation Officer, just as is done with any letter from family members regarding sentencing issues. (See Exhibit A); and,

    c. It is believed that this Local Rule was intended to stop the practice of lawyers sending motions, disguised as letters, directly to Judges, without proper filing with the Clerk of Court, which is obviously not what occurred here.

2.  The Government again complains that undersigned counsel has been attempting to conceal a conflict of interest. Undersigned counsel submits (1) there was no conflict of interest, (2) in an abundance of caution, the defendant in writing waived any conflict, whether real or imagined and, (3) this Court made extensive inquiry before ruling that if a conflict existed, it was legally waived.

3.  Perhaps most offensive is the Govenment's complaint that undersigned counsel advised the Defendant not to cooperate with the Government "thereby insuring" that the Defendant would not be a witness against another client.[1] Undersigned counsel submits that the Government's professed knowledge of attorney/client confidential communications concerning issues of cooperation are utterly without foundation.

    a.  The Defendant has authorized undersigned counsel to disclose that in truth and fact, undersigned counsel *encouraged* the Defendant to cooperate with the Government, in order to obtain a disposition (unlike the one he now faces), that bears some rational relationship to the Defendant's wrongdoing, i.e., gambling activity.

Respectfully submitted,

DAVID G. VINIKOOR, P.A.
Attorney for Defendant
420 S. E. Twelfth Street
Fort Lauderdale, FL 33116
Tel: (954) 522-2500
Fax: (954) 522-7278

By: _____
    DAVID G. VINIKOOR
    FL BAR #195719

---

[1] The other client was not under indictment at the time of this supposed advice.

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Reply to Government's Response to Defendant Zarcadoolas' Letter to U.S. District Judge William P. Dimitrouleas was furnished by facsimile (954) 356-7230 and U.S. mail to Assistant U.S. Attorney Paul F. Schwartz, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394, and by facsimile (561) 655-1049 and U.S. mail to Sheila Parsons, U.S. Probation Officer, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401-5912, and by facsimile (954) 462-8594 and U.S. mail to Raymond C. Miller, Esq., Co-Counsel for Defendant, 400 S.E. 6th Street, Fort Lauderdale, FL 33301, this 12th day of January, 2001.

DAVID G. VINIKOOR

# David G. Vinikoor, P.A.

*Attorney at Law*

(954) 522-2500

420 S.E. Twelfth Street
Fort Lauderdale, Florida 33316

January 9, 2001

Sheila A. Parsons
U. S. Probation Officer
501 S. Flagler Drive, Suite 400
West Palm Beach, FL 33401-5912

RE:   U.S. v. Martin Zarcadoolas
      Case No. 00-6145-CR-Dimitrouleas

Dear Ms. Parsons:

Enclosed please find a sentencing memorandum in the above case. Since my understanding of the local rules prevent direct communication with the Court, I would appreciate you providing this memorandum to Judge Dimitrouleas in advance of the sentencing scheduled this Friday, January 12, 2001. I have also provided a copy for your records.

If you have any questions concerning this memorandum, please call me.

Sincerely,

DAVID G. VINIKOOR

DGV/das
Enclosures

EXHIBIT A