## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6154-CR-WPD    DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Deidre    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Martin Zarcadoolas

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Raymond Miller + David Vinikoor

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; 21 months BOP, 3 years supervised release, $5,000 fine, $100.00 assessment

Court recommends Shock Incarceration program or alternatively a facility in Pensacola

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: W-1 Joseph Cecini FBI
Deft Informed of Right to Appeal.