UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO.: 00-6154-CR-DIMITROULEAS |
| **Plaintiff,** | : | |
| vs. | : | |
| **MARTIN ZARCADOOLAS,** | : | |
| **Defendant.** | : | |



## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the Defendant, MARTIN ZARCADOOLAS, ("Zarcadoolas"), by and through his undersigned counsel, and files this Motion For Early Termination of Supervised Release, and in support thereof states the following:

1. Zarcadoolas was sentenced to 21 months imprisonment and 3 years supervised release after pleading to a RICO Conspiracy count relating to bookmaking activities.

2. Zarcadoolas will have completed his supervised release term in February, 2005. At the present time, he has completed more than two thirds of his supervised release sentence and has only about eight and a half months remaining.

3. Upon information and belief, Zarcadoolas has complied with all supervisory requirements, has paid the $5,000 fine imposed by this Court, and has achieved the maximum benefit from supervision.

4. Zarcadoolas has received significant punishment for his wrongdoing, having been imprisoned, whereas many similarly charged co-defendants received non-incarcerative probationary sentences pursuant to substantial assistance motions filed by the Government.



WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court to terminate his supervised release.

## 10-G CERTIFICATE

I HEREBY CERTIFY that on April 29, 2004, Assistant United States Attorney Paul Schwartz indicated that the Government opposes this motion.

Respectfully submitted,

DAVID G. VINIKOOR, P.A.
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Fax: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Early Termination of Supervised Release has been furnished by U.S. mail delivery this 30th day of April, 2004, to: Paul Schwartz, Assistant United States Attorney, 500 E. Broward Boulevard, Ste. 700, Fort Lauderdale, FL 33394; and to Randel Frimet, United States Probation Office, 1 Boca Place, 2255 Glades Road, Suite 226A, Boca Raton, FL 33431.

_____
DAVID G. VINIKOOR