UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MARTIN ZARCADOOLAS,

     Defendant.

_____/

> FILED by _____ D.C.
>
> **MAY 3 4 2004**
>
> CLARENCE MADDOX
> CLERK U.S. DIST. CT.
> S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE coming before this Honorable Court on the Defendant's May 3, 2004 Motion For Early Termination of Supervised Release [DE -724 ], and the Court being fully advised in all the premises, the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 4 of May, 2004.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

David G. Vinikoor, Esq.
Paul Schwartz, AUSA
Randel Frimet, USPO

