

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN ZARCADOOLAS,

    Defendant.
_____/

### GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT ZARCADOOLAS' MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the United States of America by and through undersigned counsel and respectfully responds in opposition to defendant's Motion for Early Termination of Supervised Release. In support thereof, the government states the following:

1. The undersigned Assistant United States Attorney has telephonically spoken to United States Probation Officer Peter Williams.

2. U.S. Probation Officer Williams informed the undersigned that it is the official policy of the U.S. Probation Office to deny requests for early termination of supervised release.

3. The defendant has failed to allege any valid basis for early termination.



4.  The United States concurs with the U.S. Probation Offices' policy of denying requests for early termination.

WHEREFORE based upon the foregoing, the government respectfully requests that defendant's instant motion be denied in all respects.

Respectfully submitted,

MARCOS DANIEL JIMÉNEZ
UNITED STATES ATTORNEY

By: _____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
Court ID #: A5500086
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255
Facsimile: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below counsel of record on this ___5___ day of May, 2004.

David Vinikoor, Esquire
420 S.E. 12th St.
Fort Lauderdale, FL 33394

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

-2-