UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

   Plaintiff,

v.

MARTIN ZARCADOOLAS,

   Defendant.
_____/



## ORDER

THIS CAUSE having been heard upon Defendant's May 3, 2003 Motion for Early Termination of Supervised Release [DE-724], and the Court having received a May 5, 2004 response from the Government [DE-726][1], and having reviewed the Court file and the Presentence Investigation Report, the Motion to Terminate Supervised Release [DE-724] is **DENIED**. Pursuant to 18 U.S.C. § 3583(e), the Court has considered the factors set forth in 18 U.S.C. § 3553. The Court has jurisdiction to terminate the supervised release on this case if such action is warranted by Defendant's conduct or in the interest of justice. The Court declines to exercise discretion in this case.

   DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of May, 2004.

                                      WILLIAM P. DIMITROULEAS
                                      United States District Judge

Copies furnished to:

David G. Vinikoor, Esq.
Paul Schwartz, AUSA

---

[1] If there is an official policy of the U.S. Probation Office to oppose requests for early termination of supervised release, it did not affect this Court's decision to deny. In fact, the Government's response was less than persuasive.