UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-WPD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    **SATISFACTION OF JUDGMENT**

MARTIN ZARCADOOLAS,

    Defendant.
_____/

The fine/restitution in the amount of $5,000.00 and the special assessment having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

                        Respectfully submitted,

                        MARCOS DANIEL JIMENEZ
                        UNITED STATES ATTORNEY

Date: June 9, 2005    BY:  ELIZABETH RUF STEIN
                              ASSISTANT U.S. ATTORNEY
                              99 N. E. 4th Street, Rm. 300
                              Miami, FL 33132-211
                              Tel No. (305) 961-9313
                              Fax No. (305) 530-7195
                              Florida Bar No. 354945
                              E-Mail: EStein@USDOJ.gov

This Instrument Was Prepared By: Elizabeth Ruf Stein
                                        Assistant U.S. Attorney